dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JACOB W. LOEB, Respondent, v. WILLIAM FOX, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JACOB W. LOEB, Respondent, v. WILLIAM FOX, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LOGAN BILLINGSLEY, Appellant, v. BETTER BUSINESS BUREAU OF NEW YORK CITY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of MURRAY B. MACHLIN for Mandamus Order against the Directors and Trustees and Each of Them, in Liquidation and Dissolution of INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

BONADELL IMPROVEMENT CORPORATION, Appellant, v. SIDNEY KRAUS, Respondent, Impleaded with Others, Defendants.— Order modified by directing removal of the fence in front of plaintiff's premises and prohibiting interference with plaintiff's access to his land, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FRANCIS GRADWOHL, Respondent, v. BRONX PARKWAY COMMISSION, a Body Politic, Defendant, Impleaded with THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of NIEDIECK & COMPANY, Appellant, against GOLDSTEIN-WILKINS CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY, Appellant, v. CLARENCE P. GOLDBERG and Others, as Executors, etc., of PHILIP GOLDBERG, Deceased, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY, Appellant, v. CLARENCE P. GOLDBERG and Others, as Executors, etc., of PHILIP GOLDBERG, Deceased, Respondents, Impleaded with Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOHN J. FLEMING COMPANY, Respondent, v. J. JOHN HASSETT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FRANK RICH, Respondent, v. CITY INSURANCE COMPANY OF PENNSYLVANIA and Others, Appellants.— Order affirmed, with ten dollars costs and disburse-